**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SMITH
(CDCR # AC 8729),

        Petitioner,

   v.

RANDY GROUNDS, Warden,

        Respondent.

_____/

No. C 13-206 SI (pr)

**ORDER EXTENDING DEADLINES**

    Respondent has filed a second *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus.  Having considered the request and the accompanying declaration of attorney Margo Yu, the court GRANTS respondent's request. (Docket # 9.)  The court now sets the following new briefing schedule:   On or before **September 20, 2013**, respondent must file and serve a motion to dismiss the petition or a notice that respondent is of the opinion that a motion to dismiss is unwarranted.  On or before **October 18, 2013**, petitioner must file and serve his opposition to the motion to dismiss.  On or before **November 1, 2013, 2013**, respondent must file and serve his reply brief, if any.

    IT IS SO ORDERED.

DATED: August 26, 2013

_____
SUSAN ILLSTON
United States District Judge