United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SMITH
(CDCR # AC 8729),

    Petitioner,

    v.

RANDY GROUNDS, Warden,

    Respondent.
    _____/

No. C 13-206 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed a third *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Margo Yu, the court GRANTS respondent's request. (Docket # 11.) The court now sets the following new briefing schedule: On or before **November 1, 2013**, respondent must file and serve a motion to dismiss the petition or a notice that respondent is of the opinion that a motion to dismiss is unwarranted. *No further extensions of this deadline should be expected.* On or before **December 6, 2013**, petitioner must file and serve his opposition to the motion to dismiss. On or before **December 20, 2013**, respondent must file and serve his reply brief, if any.

    IT IS SO ORDERED.

DATED: October 7, 2013

                                                                           SUSAN ILLSTON
                                          United States District Judge