UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SMITH (CDCR # AC 8729),

    Petitioner,

  v.

RANDY GROUNDS, Warden,

    Respondent.

No. C 13-206 SI (pr)

**ORDER**

Petitioner's request for reconsideration of the order denying his motion for an oral argument is DENIED, as is his request for a tape recorder or other device to enable him to present a tape-recorded argument of his opposition. (Docket # 21.) Petitioner's opposition to the motion to dismiss must be in writing and must be filed no later than January 17, 2014. s

IT IS SO ORDERED.

DATED: December 13, 2013

SUSAN ILLSTON
United States District Judge