UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMITH, | No. C 13-206 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RANDY GROUNDS, warden, | |
| Respondent. | |

This action is dismissed because the petition for writ of habeas corpus was not filed before the expiration of the federal habeas statute of limitations period.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 22, 2014

                                              SUSAN ILLSTON
                                         United States District Judge

United States District Court
For the Northern District of California